# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dimarco Antonio Alexander,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:08-cv-245

United States of America,

    Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2011 Order.

    Signed: January 6, 2011

Frank G. Johns, Clerk
United States District Court